UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENRY GLOVER, ET AL.<br>    Plaintiffs, | CIVIL ACTION<br>NUMBER: 10-1666 c/w 10-1719 |
| versus | JUDGE IVAN LEMELLE<br>SECTION: "B" |
| CITY OF NEW ORLEANS, ET AL.<br>    Defendants. | MAGISTRATE JUDGE: "5" |

### MOTION TO LIFT STAY

NOW INTO COURT, through undersigned counsel, come Plaintiffs, The Succession of Henry Glover, Rolanda Short, individually and on behalf of Nehemiah Short, Lashelle Penns, Lawianiea Penns, individually and on behalf of Lance Penns and Edward King, who move this Honorable Court to lift the stay of proceedings ordered in this matter on May 10, 2011, for the reasons more fully set forth in the attached memorandum.

**WHEREFORE,** for the reasons stated above, Plaintiffs respectfully pray that this Honorable Court grant the instant Motion to Lift Stay.

Respectfully submitted,

/s/ Ike Spears
**Ike Spears (#17811)**
1631 Elysian Fields Avenue
New Orleans, LA 70117
Telephone №: (504) 593-9500
Telecopier №: (504) 523-7766

/s/ Edwin M. Shorty, Jr.
**Edwin M. Shorty, Jr. (#28421)**
650 Poydras Avenue, Suite 2420
New Orleans, LA 70130
Telephone №: (504) 949-2545
Telecopier №: (504) 949-2547

## CERTIFICATE OF SERVICE

I certify that a copy of this motion will be served upon all parties via the court's electronic notification system.

/s/ Ike Spears
IKE SPEARS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENRY GLOVER, ET AL.<br>Plaintiffs, | CIVIL ACTION<br>NUMBER: 10-1666 c/w 10-1719 |
| versus | JUDGE IVAN LEMELLE<br>SECTION: "B" |
| CITY OF NEW ORLEANS, ET AL.<br>Defendants. | MAGISTRATE JUDGE: "5" |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO LIFT STAY

**MAY IT PLEASE THE COURT:**

Plaintiffs, The Succession of Henry Glover, Rolanda Short, individually and on behalf of Nehemiah Short, Lashelle Penns, Lawianiea Penns, individually and on behalf of Lance Penns and Edward King, respectfully submit this Memorandum in Support of their Motion to Lift Stay.

Plaintiffs' initial complaint was filed on June 10, 2010 on behalf of several heirs of Henry Glover asserting various claims against the City of New Orleans, the New Orleans Police Department as well as a number of current and former police officers for causing the death of Mr. Glover. Shortly after Plaintiffs' complaint was filed, the police officers named in said complaint were prosecuted in a separate criminal proceeding. This matter was subsequently placed on the court's call docket for April 27, 2011 and was dismissed without prejudice on that date.

Plaintiffs filed a Motion to Alter or Amend Judgment or in the alternative a Motion for Relief from Judgment on May 3, 2011, wherein Plaintiffs requested that these proceedings be

stayed pending the resolution of the related criminal appeals. The motion was granted by this Honorable Court on May 10, 2011. The court further ordered parties to move to lift the stay within thirty (30) days of the final resolution of the appeals. The appeal of the final defendant remaining in *United States of America v. Warren*, et al., USDC EDLA docket number 2010-cr-154, Travis McCabe, was concluded on February 6, 2014. As such, the relevant criminal proceedings, convictions and appeals have been resolved.

For the foregoing reasons, Plaintiffs move that this Honorable Court to lift the stay in the instant matter.

Respectfully submitted,

/s/ Ike Spears
**Ike Spears (#17811)**
1631 Elysian Fields Avenue
New Orleans, LA 70117
Telephone №: (504) 593-9500
Telecopier №: (504) 523-7766


/s/ Edwin M. Shorty, Jr.
**Edwin M. Shorty, Jr. (#28421)**
650 Poydras Avenue, Suite 2420
New Orleans, LA 70130
Telephone №: (504) 949-2545
Telecopier №: (504) 949-2547