JS10(00:27)

**MINUTE ENTRY**
**LEMELLE, J.**
**JUNE 14, 2015**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLENE GREEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1666**<br>**C/W 12-656 &**<br>**10-1719, & 10-**<br>**1719** |
| **DAVID WARREN, ET AL.** | **SECTION "B"** |

On this date, the Court held a status conference with counsel for all Plaintiffs as well as counsel for all Defendants who were available to take part. Discussion concerned the pending motions to re-open the case, whether any defendants objected to the re-opening of the case, and the need for mediation.

**IT WAS ORDERED** that the parties shall, by **June 24, 2016**, **jointly** submit a letter to the Court via fax or email including the following information:

- Any suggestions for potential mediators in this matter with all pertinent supporting documentation; and

- Any relevant responses to the potential mediators suggested by the Court; a list that includes James Garner of Sher, Garner, Cahill, Richter, Klein & Hilbert,

1

L.L.C., Howard Shapiro of Proskauer Rose LLP, and Walter J. Wilkerson.[1]

**IT WAS FURTHER ORDERED** that the parties shall, by **July 14, 2016, jointly** submit a letter the Court via fax or email identifying a number of mutually agreeable dates for the following:

- A final pre-trial conference;

- Trial; and

- A face-to-face meeting between all counsel and the Court to finalize a scheduling order and any remaining details regarding mediation.[2]

**IT WAS FURTHER ORDERED** that the motions to re-open are **HELD IN ABEYANCE** pending further court order.

New Orleans, Louisiana this 14th day of June, 2016.

UNITED STATES DISTRICT JUDGE

---

[1] While all parties need not concur in terms of their responses to the suggested mediators, any and all responses shall be contained in a single submission to the Court.

[2] Following that submission, the Court will select a date for the face-to-face based on the options presented by the parties and issue an order to that extent.