UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLENE GREEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1666**<br>**C/W 12-656 &**<br>**10-1719** |
| **DAVID WARREN, ET AL.** | **SECTION "B"** |

ORDER

Considering the motions to re-open (Rec. Docs. 92, 94),

**IT IS ORDERED** that the motions are **GRANTED** and the case is hereby **re-opened**, vacating the Court's prior stay of the proceedings pending the resolution of the related criminal case, *United States of America v. Warren, et al.*, (Rec. Doc. 10).

New Orleans, Louisiana, this 29th day of September, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE