MINUTE ENTRY
NORTH, M.J.
DECEMBER 13, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLENE GREEN, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER:  10-01666<br>and con. cases |
| DAVID WARREN, ET AL. | SECTION:  "B"(5) |

A settlement agreement resolving the claims of Plaintiff, Bernard Calloway, was memorialized on the record this date (Court Reporter:  Mary Thompson).

PRESENT:    Muriel Van Horn           Churita H. Hansell

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE IVAN L.R. LEMELLE

MJSTAR (00:10)